Utilities Commission of Ohio. Dock. 8-24-25, 3 Abs. 546. Attorneys: Robert N. Gorman, Cincinnati, for Staley; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

19304. Edwin G. Becker, Rec'r. v. Public Utilities Commission of Ohio. Dock. 8-1-25, 3 Abs. 499. Attorneys: John A. Scanlon, Cincinnati, for Becker; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

### TUESDAY, NOV. 24, 1925

19319. Frank Eager, Jr., v. Public Utilities Commission of Ohio. Dock. 8-12-25, 3 Abs. 514. Attorneys: Howard Morgan Jones, Columbus, for Eager; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

19255. Anderson Ferry Transit Line v. Public Utilities Commission. Dock. 7-11-25, 3 Abs. 435. Attorneys: Sylvester Hickey, Cincinnati, for Transit Line; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

19265. City of Cincinnati v. Public Utilities Commission. Dock. 7-14-25, 3 Abs. 435. Attorneys: Frank K. Bowman, L. L. Forchheimer, Cincinnati, for City; C. C. Crabbe, John W. Bricker, Columbus, for Commission.

### WEDNESDAY, NOV. 25, 1925

19058. Industrial Commission v. Joe Phillips. Dock. 4-6-25, 3 Abs. 233. Attorneys: E. C. Stanton, Pros. Atty., Guy R. Wheeler, Asst. Pros. Atty., Cleveland, for Commission; M. C. Harrison, M. S. Cerrezin, Cleveland, for Phillips.

19138. State of Ohio ex rel Richard H. Shafer, v. Joseph T. Tracy, Auditor of State. Dock. 5-12-25, 3 Abs. 329. Attorneys: William J. Meyer, Portsmouth, for State ex.; C. C. Crabbe, Attorney General, J. C. Williamson, Special Counsel, Columbus, for Tracy.

19318. Aetna Casualty & Surety Co. v. Ginder, Treasurer. Dock. 8-12-25, 3 Abs. 514. Attorneys: F. R. Hoover, Columbus, for Company; J. R. King and J. A. Godown, Columbus, for Ginder.

### TUESDAY, DEC. 1, 1025

19028. City of Cleveland v. Amedeo Ferrando. Dock. 3-18-25, 3 Abs. 198. Attorneys: Carl F. Shuler, Joseph F. Smith, Cleveland, for City; Nicola & Horn, Cleveland, for Ferrando.

19245. State of Ohio ex rel Thor Haavind, v. C. C. Crabbe, Atty. Gen., et al. Dock. 7-8-25, 3 Abs. 435. Attorneys: B. W. Gearheart, Columbus, Bonynge & Barker; Haight, Smith,

Griffin & Denning, New York, for State ex; C. C. Crabbe, C. S. Younger, Columbus, for Crabbe.

19246. State of Ohio ex rel Herbert E. Burgess v. C. C. Crabbe, Atty Gen., et al. Attorneys: B. W. Gearheart, Columbus; Barry, Wainwright, Thatcher & Symmers, New York, for State ex; C. C. Crabbe, C. S. Younger, Columbus, for Crabbe.

### WEDNESDAY, DEC. 2, 1925

18561. State ex rel C. C. Crabbe v. Ralph O. Weed, as Auditor. Dock. 5-8-24, 2 Abs. 338. Attorneys: C. C. Crabbe, W. E. Benoy, Columbus, for State ex; J. Kenneth Williamson, C. L. Darlington, Xenia, for Weed.

19049. Central Storage Warehouse Co., v. H. A. Pickering. Dock. 3-30-25; 3 Abs. 214. Attorneys: Quigley & Byrnes, Wm. A. Kane, J. J. Fuerst, Cleveland; Jas. M. Hegnst, Amicus Curiae, Columbus, for Company; Wm. J. Dawley, John M. Harris, Cleveland, for Pickering.

19250. State of Ohio ex rel E. J. Darby v. Walter Rodaway et al. Dock. 7-10-25, 3 Abs. 435. Attorneys: Fauver & Cheney, Elyria, for State ex; D. A. Baird, R. F. Vandemark, Elyria, for Rodaway.

### TUESDAY, DEC. 8, 1925

19042. Mae Post Buell, Admrx. v. N. Y. Central R. R. Co. Dock. 3-25-25, 3 Abs. 214. Attorneys: John F. McCrystal, Sandusky; Payer, Winch, Minshall & Karch, Cleveland, for Buell; King, Ramsey, Flynn & Pyle, Sandusky; S. H. West, Cleveland, for Company.

19174. Warren Peoples Market Co. v. Corbett & Sons. Dock. 5-28-25; 3 Abs. 359. Attorneys: W. J. Laub, Akron, for Company; Whittemore & Motz, Oscar A. Hunsicker, Akron, for Corbett & Sons.

### WEDNESDAY, DEC. 9, 1925

19057. S. J. Kornhausuer, Rec'r. v. National Surety Co. Dock. 4-1-25; 3 Abs. 233. Attorneys: Doerfler & Kornhauser, Cleveland, for Kornhauser; Tolles, Hogsett, Ginn & Morley, Cleveland, for Company.

19203. The Hampshire County Trust Co. et al., v. Matilda May Stevenson, et al. Dock. 6-13-25; 3 Abs. 386. Attorneys: Massie & Evans, Chillicothe; Owen, Miller, Owen & Owen Urbana, for Trust Co.; Abernathy & Simpkins, Circleville; John Logan, Washington C. H., for Stevenson.